IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Harold Allen, | Civil Action No.: 1:13-cv-00981-JTN |
| Plaintiff, | |
| v. | **JOINT NOTICE** |
| Bluestem Brands, Inc., | |
| Defendants. | |

Pursuant to the Court's November 26, 2013 Order (Dkt #12), the parties hereby submit this Joint Notice for the purpose of advising the Court that the parties are continuing to negotiate towards the settlement of this case, and expect to reach a resolution within the next several months (end of March), if possible.

WHEREFORE, the parties respectfully request that the Court extend the deadline to resolve this case to and including March 31, 2014.

DATED this 30th day of December, 2013.

/s/ Sergei Lemberg
Sergei Lemberg, Esq.
Lemberg Law, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com
*Attorneys for Plaintiff Harold Allen*

/s/ Erin L. Hoffman
Erin L. Hoffman (MN 0387835)
FAEGRE BAKER DANIELS LLP
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
E-Mail: erin.hoffman@FaegreBD.com

Kristen E. Guinn (P72148)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center NW
Grand Rapids, MI 49503-2802
616-774-8000
Email: kguinn@shrr.com
*Attorneys for Defendants*

## Certificate of Service

I hereby certify that on December 30, 2013, a true and correct copy of the foregoing Joint Notice was served electronically by the U.S. District Court Western District of Michigan Document Filing System (ECF) and that the document is available on the ECF system.

                                                   By: */s/ Sergei Lemberg*
                                                      Sergei Lemberg, Esq.