IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Harold Allen, | : |
| | : Civil Action No.: 1:13-cv-00981-JTN |
| Plaintiff, | : |
| v. | : |
| Bluestem Brands, Inc. d/b/a Fingerhut; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 30 days.

Dated: February 18, 2014

Respectfully submitted,

By  /s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg
                                                   Sergei Lemberg, Esq.