IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

Harold Allen,

                Plaintiff,

v.

Bluestem Brands, Inc. d/b/a Fingerhut,

                Defendant.
_____

Civil Action No.: 1:13-cv-00981-JTN

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to dismiss the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Bluestem Brands, Inc. d/b/a Fingerhut with prejudice and without costs to any party.

Dated: March 21, 2014

| | |
|---|---|
| Harold Allen | Bluestem Brands, Inc. d/b/a Fingerhut |
| ___/s/ Sergei Lemberg_____ | _/s/ Erin L. Hoffman _____ |
| Sergei Lemberg, Esq.<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>Tel: (203) 653-2250<br>slemberg@lemberglaw.com<br>Attorney for Plaintiff | Erin L. Hoffman (MN 0387835)<br>FAEGRE BAKER DANIELS LLP<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Telephone: (612) 766-7000<br>E-Mail: erin.hoffman@FaegreBD.com<br><br>Kristen E. Guinn (P72148)<br>SMITH HAUGHEY RICE & ROEGGE<br>Attorneys for Defendant<br>100 Monroe Center NW<br>Grand Rapids, MI 49503-2251<br>616-774-8000<br>Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 21, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

        By */s/ Sergei Lemberg*

         Sergei Lemberg, Esq.